# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

**DeMarKyles**
~~DeMarKyles. Williams~~
Name under which you were convicted

___AIS#176750___
Your prison number

CIVIL ACTION NO. **19-CV-235-TM-MU**
(To be supplied by Clerk of Court)

vs.

__Jefferson Dunn; Cynthia Stewart, et als__
Name of Defendant(s)


__Holman Unit 3700; Atmore, AL. 36503__
Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury.</u>

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 8/1/15

E. Pleading the Complaint. Your complaint should not contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a short and plain statement of your claim and shall provide fair notice to each defendant of the claim against that defendant and of the factual grounds upon which the claim rests.

F. Fees. This complaint cannot be properly filed unless it is accompanied by the $400.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

  If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

  If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

  Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. Form of Pleadings. All pleadings and other papers filed must be on 8 1/2" x 11" paper, legibly handwritten or typewritten. Every document filed after the complaint must have the style of the case and the docket number. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. Certificate of Service. Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. Copies. This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. Form of Pleadings. Do not write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. No Evidence. No evidence shall be sent to the Court for filing or storing.

I. PREVIOUS LAWSUITS.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:

      Yes ( )     No (x)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:

      Yes ( )     No (x)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

    1. Parties to this previous lawsuit:

Plaintiffs: _____ N/A _____

_____

Defendants: _____ N/A _____

_____

2. Court (if federal court, name the district; if state court, name the county): _____
_____ N/A _____

3. Docket Number: _____ N/A _____

4. Were you granted the opportunity to proceed without payment of filing fees?
Yes ( )  No (x)

5. Name of judge to whom the case was assigned: _____ N/A _____

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

_____ N/A _____

_____

_____

7. Approximate date of filing lawsuit: _____ N/A _____

8. Approximate date of ruling by court: _____ N/A _____

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: Holman Prison

B. Date it occurred: April 26, 2019

C. Is there a prisoner grievance procedure in this institution? No

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )    No (X)

E. If your answer is YES:

   1. What steps did you take? N/A

   2. What was the result? N/A

F. If your answer is NO, explain why not: N/A

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

April 26, 2019, I was attacked and stabbed multiple times by eleven or more inmates for unknown reasons. I was unable to identify my assailants due to the suddenness of the attack and my efforts to get away. Security personnel did not attempt to come to my assistance and delaid opening the exit door. As a result, I had to be airlifted to U.S.A. Medical Trauma Center where I was kept several days. Upon release from the M.T.C. and return to prison, I was eventually returned to the same living unit, with no trauma aftercare treatment nor psychological counseling. Security personnel delaid medical treatment in an attempt to interrogate me about the evenys, even though the dorm has observation cameras to monitor events, as well as a manned cubical operator.

4

III. PARTIES.

A. Plaintiff (Your name/AIS): DeMarkules Williams #176750

   Your present address: Holman Unit 3700; Atmore, AL. 36503

B. Defendant(s):

1. Defendant (full name) J. Dunn ____ is employed as Comm. ___ at ADOC ____.

   His/her present address is 301 S. Ripley St., Montgomery, AL. 36130

   (a) Claim against this defendant: Eighth Amendment violation

   (b) Supporting facts (Include date/location of incident):

   He failed to hire adequate security personnel to insure
safety of inmates from physical attacks by other inmates; failure
to reasonably reduce over crowding prison inmate population.

2. Defendant (full name) Cynthia Stewart _____ is employed as Warden III

at Holman Correctional Facility ____.

   His/her present address is 1240 Ross Rd.; Atmore, AL. 36502

   (a) deliberate indifferent and wantonness to health and safety.

   (b) Supporting facts (Include date/location of incident):

   There has been more than fifty-six inmate stabbings since
since June 6, 2018 under her watch, she has failed to take
reasonable measures to ensure my safety when the conditions
of confinement demonstrates an objectively substantial risk.

3. Defendant (full name) Regina Bolar _____ is employed as Captain

at Holman Correctional Facility ____.

   His/her present address is 1240 Ross Rd.; Atmore, AL 36502

(a) Claim against this defendant: deliberate indifferent & wantonness
to health and safety.

(b) Supporting facts (Include date/location of incident):

She has been Captain prior to June 2018. Many inmate attacks

occurred on her shift. She's aware that the condition of

confinement at Holman presents an objectively substantial

risk to health and safety, yet failed to take reasonable

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Robbery 1st X
2

2. When were you convicted? 2010

3. What is the term of your sentence? 20 years

4. When did you start serving this sentence? 2010

5. Do you have any other convictions which form the basis of a future sentence?
    Yes ( )      No (x)

If so, complete the following:

(a) Date of conviction: _____ N/A

(b) Term of sentence: _____ N/A

6. What is your expected end of sentence (E.O.S.) date? 2029

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

| | Conviction N/A | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |
| Invalidated | yes( ) no( ) | yes( ) no( ) |

6

III. <u>PARTIES</u> (cont.)

3. ensure my health and safety against this known demonstratively danger.

4. Ms. BROWN is employed as a Lieutenant at Holman Correctional Facility. She held that position prior to June 2018, and was on duty the night of the attack. The majority of inmate attagks sine June 2018 occurred during her watch, she is well aware of the demonstratively dangers dangers at Holman, but failed to take reasonable measures against them. She delaid medical treatment for me trying to interrogate me while I was bleeding and in fear of my life, even when she could have gotten all the information from the dorm's observation cameras' or the on duty cubical officer.

5. Mr. THOMPSON is employed as correctional officer I, at Holamn Correctional Facility. He was on the scene of the attack and failed to take reasonable measures to stop the attack, or get me out of the danger area.

6. JOHN DOE is employed by the Alabama Department of Corrections. He is the security person that operated cubical #2 during to attack, and failed to open the dorm door to let me get away from the dangerous, life threatening attack, and stood watching the attack several moments before calling for help.

Writ of habeas  yes( ) no( )   **N/A**   yes( ) no( )
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____
_____**N/A**_____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

$100,000.00 compensatory damages jointly and severly from each defendant; $1,000,000.00 punitive damages, and relief deemed just and proper.

VI. AFFIRMATION. By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

May 12, 2019
Date

_De Markus Williams_
(Signature of Plaintiff Under Penalty of Perjury)

3700 Holman Unit Bed #A-103
Current Mailing Address

Atmore, Ala. 36503

N/A
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS. E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

7

DeMarkules Williams #176756
3700 Holman Unit Bed A-10
Atmore, Ala. 36503

"This correspondence is forwarded from an Alabama
State Prison. The contents have not been evaluated, and
the ADOC is not responsible for the substance or content
of the enclosed communication."

United States District Court
Southern District of Alabama
Clerk
113 St. Joseph Street